AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Judge Andrew S. Hanen
United States Courthouse
600 E. Harrison St., #301
Brownsville, Texas 75820

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TexasBarCLE | 09/14/12 - 09/14/2012 | Houston, Texas | CLE Panelist | Hotel and mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Account #1 (See Note 1) | A | Interest | N | T | | | | | |
| 2. -Treasury Strips | | | | | Sold | 07/13/12 | K | A | |
| 3. -Chase Retirement Money Mkt Reserves | | | | | Sold (part) | 07/19/12 | N | A | |
| 4. -Capstar Bank (CD) | | | | | Sold | 07/13/12 | J | A | |
| 5. IRA Account #2 | A | Dividend | K | T | | | | | |
| 6. -Merrill Lynch Money Mkt. Reserves | | | | | | | | | |
| 7. -Aberdeen Developing | | | | | Sold | 04/10/12 | J | A | |
| 8. -Blackrock Global | | | | | Sold | 04/10/12 | J | A | |
| 9. -First Eagle | | | | | Sold | 04/10/12 | J | A | |
| 10. -Ivy Asset Strategic | | | | | Sold | 04/10/12 | J | A | |
| 11. -Janus Forty | | | | | Sold | 04/10/12 | J | A | |
| 12. -Janus Overseas Fund | | | | | Sold | 04/10/12 | J | A | |
| 13. -Prudential Jennison | | | | | Sold | 04/10/12 | J | A | |
| 14. -John Hancock Global | | | | | Sold | 04/10/12 | J | A | |
| 15. -Loomis Sayles Strategic | | | | | Sold | 04/10/12 | J | A | |
| 16. -Putman Diversified | | | | | Sold | 04/10/12 | J | A | |
| 17. -Putman Voyager | | | | | Sold | 04/10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -RS Partners FD | | | | | Sold | 04/10/12 | J | A | |
| 19. -Templeton Global Bond | | | | | Sold | 04/10/12 | J | A | |
| 20. -Apple | | | | | Buy | 04/26/12 | J | | |
| 21. -Consumer Dis. | | | | | Buy | 04/26/12 | J | | |
| 22. -Spdr Cons. STPL | | | | | Buy | 04/26/12 | J | | |
| 23. -Spdr Energy | | | | | Buy | 04/26/12 | J | | |
| 24. -Spdr Indus. | | | | | Buy | 04/26/12 | J | | |
| 25. -Spdr Gold | | | | | Buy | 04/26/12 | J | | |
| 26. -Vanguard Info | | | | | Buy | 04/26/12 | J | | |
| 27. IRA Account #3 | B | Dividend | L | T | | | | | |
| 28. -Merrill Lynch Money Mkt. Reserves | | | | | | | | | |
| 29. -Aberdeen Developing | | | | | Sold | 04/10/12 | J | B | |
| 30. -Blackrock Global | | | | | Sold | 04/10/12 | J | A | |
| 31. -First Eagle | | | | | Sold | 04/10/12 | J | A | |
| 32. -Ivy Asset Strategy | | | | | Sold | 04/10/12 | J | B | |
| 33. -Janus Forty | | | | | Sold | 04/10/12 | J | B | |
| 34. -Janus Overseas Fund | | | | | Sold | 04/10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.　-Prudential Jennison | | | | | Sold | 04/10/12 | J | A | |
| 36.　-John Hancock Global | | | | | Sold | 04/10/12 | J | A | |
| 37.　-Loomis Sayles Strategic | | | | | Sold | 04/10/12 | J | A | |
| 38.　-Putnam Diversified | | | | | Sold | 04/10/12 | J | A | |
| 39.　-Putnam Voyager | | | | | Sold | 04/10/12 | J | B | |
| 40.　-RS Partners FD | | | | | Sold | 04/10/12 | J | A | |
| 41.　-Templeton Global Bond | | | | | Sold | 04/10/12 | J | A | |
| 42.　-Alexion Phar | | | | | Buy | 04/20/12 | J | | |
| 43.　-Alexion Phar | | | | | Buy | 08/9/12 | J | | |
| 44.　-Apple | | | | | Buy | 04/20/12 | J | | |
| 45.　-Apple | | | | | Buy | 07/25/12 | J | | |
| 46.　-Apple | | | | | Sold (part) | 09/25/12 | J | B | |
| 47.　-Apple | | | | | Buy | 11/27/12 | J | | |
| 48.　-Celgene | | | | | Buy | 04/20/12 | J | | |
| 49.　-Celgene | | | | | Sold | 05/04/12 | J | A | |
| 50.　-Continental Resources | | | | | Buy | 04/20/12 | J | | |
| 51.　-Continental Resources | | | | | Sold | 05/4/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Mastercard | | | | | Buy | 04/20/12 | J | | |
| 53. -Mastercard | | | | | Sold | 08/9/12 | J | A | |
| 54. -Nu Skin | | | | | Buy | 04/20/12 | J | | |
| 55. -Sourcefire | | | | | Buy | 04/20/12 | J | | |
| 56. -VF Corp | | | | | Buy | 04/20/12 | J | | |
| 57. -VF Corp | | | | | Sold | 05/08/12 | J | A | |
| 58. -RS Low Duration | | | | | Buy | 05/25/12 | J | | |
| 59. -RS Low Duration | | | | | Sold (part) | 08/03/12 | J | A | |
| 60. -RS Low Duration | | | | | Sold | 09/06/12 | J | A | |
| 61. -DWS Short Duration | | | | | Buy | 05/25/12 | J | | |
| 62. -DWS Short Duration | | | | | Sold (part) | 07/25/12 | J | A | |
| 63. -DWS Short Duration | | | | | Sold | 08/03/12 | J | A | |
| 64. -Putnam US Gov | | | | | Buy | 05/25/12 | J | | |
| 65. -Putnam US Gov | | | | | Sold | 08/03/12 | J | A | |
| 66. -CYS Investments | | | | | Buy | 05/25/12 | J | | |
| 67. -Intuitive Surgical | | | | | Buy | 04/26/12 | J | | |
| 68. -Intuitive Surgical | | | | | Sold | 08/30/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Tractor Supply | | | | | Buy | 04/26/12 | J | | |
| 70. -Tractor Supply | | | | | Sold | 10/26/12 | J | A | |
| 71. -Fresh Mkt | | | | | Buy | 08/03/12 | J | | |
| 72. -HMS Holdings | | | | | Buy | 08/03/12 | J | | |
| 73. -HMS Holding | | | | | Sold | 10/26/12 | J | A | |
| 74. -Monsanto | | | | | Buy | 08/03/12 | J | | |
| 75. -Monsanto | | | | | Sold | 10/26/12 | J | A | |
| 76. -CF Inds | | | | | Buy | 08/09/12 | J | | |
| 77. -Express Scripts | | | | | Buy | 09/07/12 | J | | |
| 78. -Linkedin | | | | | Buy | 09/07/12 | J | | |
| 79. -Rackspace | | | | | Buy | 09/07/12 | J | | |
| 80. -Ivy High Income | | | | | Buy | 10/26/12 | J | | |
| 81. -Spdr Gold | | | | | Buy | 11/27/12 | J | | |
| 82. -Salix Phar | | | | | Buy | 04/20/12 | J | | |
| 83. -Salix Phar | | | | | Sold | 08/30/12 | J | A | |
| 84. Retirement Account #1 | D | Int./Div. | N | T | | | | | |
| 85. -Fidelity Short Term Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Marshall Bond Fund | | | | | | | | | |
| 87. -Dartmouth College Bonds | | | | | | | | | |
| 88. -Fidelity Cash Reserves | | | | | | | | | |
| 89. -Allstate Life Bonds | | | | | | | | | |
| 90. -Barclays Bank Bonds | | | | | | | | | |
| 91. -Microsoft Bonds | | | | | | | | | |
| 92. -Walmart Bonds | | | | | | | | | |
| 93. -Pimco Investment Grade Bonds | | | | | Buy | 03/21/12 | K | | |
| 94. Brokerage Acccount #1 | | | | | | | | | |
| 95. -Pearland ISD Municipal Bonds | B | Interest | M | T | | | | | |
| 96. -Killeen Tex. Municipal Bonds | B | Interest | | | Redeemed | 02/01/12 | L | A | |
| 97. -Katy Tex. ISD Municipal Bonds | B | Interest | M | T | | | | | |
| 98. -Lubbock Tx. Tax & Wtrworks Municipal Bonds | B | Interest | | | Redeemed | 05/01/12 | L | A | |
| 99. -Plano ISD Municipal Bonds | C | Interest | | | Redeemed | 02/15/12 | L | A | |
| 100. -Burleson Tex ISD Municipal Bonds | B | Interest | M | T | | | | | |
| 101. -Port Neches Grove ISD Municipal Bonds | B | Interest | M | T | | | | | |
| 102. -Brownsville Tx Uty Systm. Municipal Bonds | B | Interest | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Hutto Tex. ISD Municipal Bonds | B | Interest | M | T | | | | | |
| 104.  -MS Tax Free Income Trust (See Note 3) | A | Dividend | N | T | | | | | |
| 105.  Brokerage Account #2 | | | | | | | | | |
| 106.  -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 107.  -Lower Col. Riv. Auth. Municipal Bonds | A | Interest | J | T | | | | | |
| 108.  -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 109.  -University of N. Tex Municipal Bonds | B | Interest | | | Redeemed | 04/16/12 | K | A | |
| 110.  -Sharyland ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 111.  -Lancaster ISD Municipal Bonds | C | Interest | M | T | | | | | |
| 112.  -N. Tex. Twy. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 113.  -Houston Tex. Higher Ed Municipal Bonds | B | Interest | L | T | | | | | |
| 114.  -BIF Tax Excempt | A | Dividend | J | T | | | | | |
| 115.  Compass Bank | A | Interest | K | T | | | | | |
| 116.  Northwestern Mutual EOL Life Ins | A | Dividend | J | T | | | | | |
| 117.  Northwestern Mutual EOL Life Ins | A | Dividend | J | T | | | | | |
| 118.  Northwestern Mutual Whole Life Ins | A | Dividend | J | T | | | | | |
| 119.  Northwestern Mutual Whole Life Ins | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Northwestern Mutual Whole Life Ins | C | Dividend | L | T | | | | | |
| 121.  Northwestern Mutual EOL Life Ins | C | Dividend | K | T | | | | | |
| 122.  IRA Account #4 (See Note 1) | A | Int./Div. | N | T | | | | | |
| 123.  -Treasury Strips | | | | | Buy | 07/13/12 | K | | |
| 124.  -Capstar Bank CD | | | | | Buy | 07/13/12 | J | | |
| 125.  -American FDS | | | | | Buy | 07/26/12 | M | | |
| 126.  -Capital Income | | | | | Buy | 07/26/12 | J | | |
| 127.  -Capital Income | | | | | Buy | 08/15/12 | J | | |
| 128.  -Capital Income | | | | | Buy | 09/17/12 | J | | |
| 129.  -Capital Income | | | | | Buy | 10/15/12 | J | | |
| 130.  -Capital Income | | | | | Buy | 11/15/12 | J | | |
| 131.  -Capital Income | | | | | Buy | 12/17/12 | J | | |
| 132.  -WF Money Mkt | | | | | Buy | 07/19/12 | N | | |
| 133.  Brokerage Account #3 (See Note 2) | | | | | | | | | |
| 134.  -MS FT | A | Dividend | J | T | Buy | 08/13/12 | J | | |
| 135.  -WF Money Mkt | A | Interest | J | T | Buy | 08/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note No. 1: The Money Market assets in IRA Account #1 were sold and the funds transferred to IRA Account #4. The sale is designated as partial sale because for some reason the brokerage firm handling Account #1 failed to transfer less than $2.00 and this was not discovered until after December 31, 2012. The Treasury Strips and Capstar CD contained in IRA Account #1 were transferred to Account #4, but this form does not have a way to designate a transfer. The Administrative Office advised me to list it as a sale and subsequent purchase, which I did.

Note No. 2: Brokerage Account #3 is a new brokerage account.

Note No. 3: The brokerage house transferred the assets of Western Asset Municipal Money Market Fund into Morgan Stanley Tax Free Income Trust as noted in Note 6 of last year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544